UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:24 CR 68 |
| ) | |
| ANGEL-ANTONIO ) | |
| PENALOZA-ROJO ) | |

### ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 53), to which the defendant has not objected, and subject to this court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c)(3), the Magistrate Judge's findings are now **ADOPTED**, and defendant's plea of guilty as to Count 1 of the Indictment is hereby **ACCEPTED**. A sentencing date will be set under separate order.

**SO ORDERED.**

Date: July 21, 2025

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT

1